# Order

Michigan Supreme Court
Lansing, Michigan

October 26, 2010

141278

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

KEON OMARIOJI SEAY, a\k\a KEON
OMAR SEAY,
      Defendant-Appellant.

_____/

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

SC: 141278
COA: 295971
Oakland CC: 2004-199297-FC
               2005-201300-FH

      On order of the Court, the application for leave to appeal the May 3, 2010 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 26, 2010

Clerk

y1018